IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

LEE MITCHELL                                                                              PLAINTIFF

VS.                                                       CIVIL ACTION NO. 3:12cv403-CWR-FKB

TOWER AUTOMOTIVE                                                                      DEFENDANT
OPERATIONS USA I, LLC

## ORDER

This cause is before the court on the Motion of counsel Louis H. Watson, Jr. and Nick Norris for leave to withdraw as counsel (Docket No. 15). Having considered the Motion, the Court finds that it should be granted in part.

Accordingly, Plaintiff Mitchell shall notify the Court, in writing, on or before May 10, 2013, of his election to either employ private counsel or to proceed pro se. Should Plaintiff fail to inform the Court of new counsel by that date, the Court will assume that he is proceeding pro se.

Plaintiff is given until June 10, 2013, to respond to the pending Motion to Dismiss (Docket No. 13), and its supporting Memorandum (Docket No. 14).

SO ORDERED, this the 10th day of April, 2013.

                                                        /s/ F. Keith Ball
                                        UNITED STATES MAGISTRATE JUDGE